```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                     HARRISON DIVISION
```

ROGER D. CARTER                                                PLAINTIFF

v.                    Case No. 3:11-CV-03016

JIM PEDIGO, Public Defender;
TOM FISHER, Investigator;
BECKY VAREO, Investigator; and
RON KINCADE, Prosecuting Attorney                              DEFENDANTS

## O R D E R

On this 3rd day of May 2011, there comes on for consideration the Report and Recommendations (Doc. 5) filed in this case on April 11, 2011, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendations, Plaintiff's Complaint and all amendments thereto are **DISMISSED WITH PREJUDICE**. Plaintiff's Motion for Service is **denied as moot.**

IT IS SO ORDERED this 3rd day of May 2011.

                                    */s/ Paul K. Holmes III*
                                    **Paul K. Holmes III**
                                    **United States District Judge**